**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| PB and Associates, Inc., | ) | |
| | ) | **ORDER ADOPTING STIPULATION** |
| Plaintiff, | ) | **TO AMEND SCHEDULING ORDER** |
| | ) | **AND SETTING STATUS** |
| vs. | ) | **CONFERENCE** |
| | ) | |
| Bakken Group, Inc., | ) | Case No.: 4:14-cv-00005 |
| | ) | |
| Defendant. | ) | |

Before the court is a "Stipulated Motion to Amend Scheduling Order and Request for Telephonic Scheduling Conference" filed September 10, 2014. The court **ADOPTS** the stipulation (Docket No. 23) and **ORDERS** the existing Scheduling Order **AMENDED** as follows:

1. The parties shall have until February 10, 2015 to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    (a) Plaintiff by March 17, 2015; and
    (b) Defendant by April 14, 2015.

3. The parties shall have until November 11, 2014 to move to amend pleadings for punitive damages.

4. The parties shall have until July 7, 2015 to file other dispositive motions (summary judgment as to all or part of the case).

The court will hold a telephonic status conference on September 29, 2014 at 10:30 AM CDT to set new dates for the final pretrial conference and jury trial. The court will initiate the conference call.

1

**IT IS SO ORDERED**.

Dated this 11th day of September, 2014.

                                            */s/ Charles S. Miller, Jr.*
                                            Charles S. Miller, Jr.
                                            United States Magistrate Judge