**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| PB and Associates, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER (AMENDED) GRANTING** |
| | ) | **STIPULATED MOTION TO AMEND** |
| vs. | ) | **SCHEDULING ORDER** |
| | ) | |
| Bakken Group, Inc., | ) | Case No. 4:14-cv-005 |
| | ) | |
| Defendant. | ) | |

On January 27, 2015, the parties filed a "Stipulated Motion to Amend Scheduling Order." The court **GRANTS** the parties' stipulated motion (Docket No. 38) and amends the pretrial trial deadlines as follows:

1. The parties shall have until April 24, 2015, to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiff shall have until May 22, 2015; and

    b. Defendant shall have until June 19, 2015.

3. The parties shall have until August 7, 2015, to complete discovery depositions of expert witnesses.

4. The parties shall have until September 18, 2015, to file other dispositive motions (summary judgment as to all or part of the case).

The final pretrial conference and trial scheduled for October 20, 2015, and November 2, 2015, respectively, are cancelled. The court shall contact the parties at a later date to reschedule the final

1

pretrial conference and trial.

**IT IS SO ORDERED.**

Dated this 28th day of January, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court