**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| PB and Associates, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Bakken Group, Inc., | ) | Case No. 4:14-cv-005 |
| | ) | |
| Defendant. | ) | |

The trial in the above-entitled action shall be rescheduled for February 22, 2016, at 9:30 a.m. in Bismarck before the undersigned. A five (5) day trial is anticipated. The final pretrial conference shall be rescheduled for February 8, 2016, at 1:30 p.m. by telephone before the undersigned. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 17th day of February, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court