# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| PB & Associates, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Bakken Group, Inc., | ) | Case No. 4:14-cv-005 |
| | ) | |
| Defendant. | ) | |

Before the court is a "Stipulation for Dismissal with Prejudice" filed by the parties on August 27, 2015. The court **ADOPTS** the parties' stipulation (Docket No. 57) and **DISMISSES** the above-entitled action with prejudice. Each party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated this 31st day of August, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court